# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACANTHONY ANTONIO JACKSON,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 1:19-cv-1439 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 16) |

The parties have stipulated for the Commissioner to have an extension of twenty days to file a response to Plaintiff's opening brief. (Doc. 16) Notably, the Scheduling Order provides for a single extension of thirty days by stipulation of the parties (*see* Doc. 5 at 3), and the requested extension complies with the terms of the Scheduling Order. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 16) is **GRANTED**; and
2. The Commissioner **SHALL** respond to the opening brief no later than **July 9, 2020**.

IT IS SO ORDERED.

Dated:   **June 18, 2020**            **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE