**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MACANTHONY JACKSON,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:19-cv-1439 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, MACANTHONY JACKSON, AND AGAINST DEFENDANT ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On July 8, 2020, Plaintiff and the Commissioner of Social Security stipulated to a remand of Plaintiff's appeal pursuant to sentence four of 42 U.S.C. § 405(g), for an ALJ to issue a new decision. (Doc. 18) The parties "request that the Clerk of Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant." (*Id.* at 2) Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);
2. The motion for summary judgment (Doc. 15) is terminated as MOOT; and
3. The Clerk of Court is DIRECTED to enter judgment in favor of Macanthony Jackson and against Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **July 8, 2020**              /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE