UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACANTHONY JACKSON, ) | Case No.: 1:19-cv-1439 JLT |
| Plaintiff, ) ) | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO |
| v. ) | JUSTICE ACT |
| ANDREW SAUL, ) Commissioner of Social Security, ) | (Doc. 22) |
| Defendant. ) ) | |

Macanthony Jackson and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 22) Subject to the terms of the stipulation, the Court **ORDERS**:

1. Fees in the total amount of $6,100.00 are **AWARDED** to Plaintiff, Macanthony Jackson; and
2. Plaintiff's motion for fees (Doc. 21) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated:   **October 22, 2020**          /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE